UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLET RAMIREZ, | 1:07-cv-01371-OWW-SMS |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 7) |
| vs. | **ORDER DISMISSING ACTION** |
| CITY OF STOCKTON, et al., | |
| Defendants. | |

Plaintiff, Violet Ramirez ("plaintiff"), is a state prisoner proceeding pro se with an action for damages and other relief concerning alleged civil rights violations.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On December 11, 2007, the Magistrate Judge filed Findings and a Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendation.

//

1	In accordance with the provisions of 28 U.S.C.
2	§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3	<u>de novo</u> review of this case.  Having carefully reviewed the
4	entire file, the Court finds the Findings and Recommendation to
5	be supported by the record and by proper analysis.
6	     Accordingly, IT IS HEREBY ORDERED that:
7	     1.   The Findings and Recommendation, filed December 11,
8	2007, are ADOPTED IN FULL; and,
9	     2.   This action is DISMISSED, with prejudice, pursuant to
10	Local Rule 11-110 for plaintiff's failure to comply with the
11	Court's order of October 17, 2007, and for the reason(s) set
12	forth therein, namely, for failure to state a claim upon which
13	relief may be granted.
14	IT IS SO ORDERED.
15	**Dated:   January 23, 2008**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE